Victoria Orze (#011413)
VOrze@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Ste. 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BRANDON H. CORBETT, individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TCS, INC., d/b/a THUNDERBIRD COLLECTIONS,<br><br>Defendants. | NO: 17-02107-PHX-SPL<br><br>**NOTICE OF SETTLEMENT** |

Defendant TCS, Inc., on behalf of both sides to this case and with permission of Plaintiff's counsel, hereby gives notice to the Court that the parties have resolved this dispute. The parties request that the Court vacate the Case Management Conference scheduled for September 20, 2017, and permit the parties thirty days to consummate the settlement and file a Stipulation for Dismissal.

**DATED** this 8th of September, 2017.

                                                **DICKINSON WRIGHT PLLC**

                                                By: /s/ Victoria L. Orze
                                                     Victoria L. Orze
                                                     1850 N. Central Ave., Ste. 1400
                                                   Phoenix, Arizona 85004
                                                   Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2017, I electronically transmitted this Answer to the U.S. District Court Clerk's Office using the CM/ECF System for filing and to the following parties through their attorneys:

John Leslie Prather
5864 N. 83rd Street
Scottsdale, AZ  85250
Attorneys for Plaintiff

Daniel Zemel
Zemel Law LLC
70 Clinton Ave., Suite 3
Newark, NJ  07114
Attorneys for Plaintiff


By:     /s/ Victoria L. Orze
PHOENIX 51512-20 395091v1