IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brandon H. Corbett, | ) | No.  CV-17-02107-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| TCS, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the parties' Stipulation of Dismissal (Doc. 13). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.       That the Stipulation of Dismissal (Doc. 13) is **granted**;

2.       That this action is **dismissed with prejudice** in its entirety; and

3.       That the Clerk of Court shall terminate this action.

Dated this 26th day of September, 2017.

Honorable Steven P. Logan
United States District Judge